JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DORICK MAHEIA, an individual, on behalf of himself and on behalf of all persons similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>LINDE GAS & EQUIPMENT, INC., a corporation; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 2:24-cv-08976 DSF (AJRx)<br><br>Honorable Dale S. Fischer, Courtroom 7D<br><br>**ORDER RE JOINT STIPULATION OF DISMISSAL**<br><br>[FRCP 41(a)(1)(A)(ii)]<br><br>Complaint Filed:  September 16, 2024<br>Trial Date:  None Set |

**ORDER**

Having read and considered Plaintiff Dorick Maheia's ("Plaintiff") and Defendant Linde Gas & Equipment, Inc.'s ("Defendant") (collectively, the "Parties") Joint Stipulation Of Dismissal, the Court **HEREBY ORDERS** as follows:

1. Plaintiff's individual claims are hereby dismissed with prejudice pursuant to FRCP Rule 41(a)(1)(A)(ii);
2. Plaintiff's class claims are hereby dismissed without prejudice to other aggrieved and/or putative class members, pursuant to FRCP Rule 41(a)(1)(A)(ii); and
3. The Parties will each bear their own costs and fees with respect to the prosecution and defense of the claims asserted in the action.

**IT IS SO ORDERED.**

Dated: June 10, 2025

_Dale S. Fischer_

Hon. Dale S. Fischer
U.S. District Judge

# CERTIFICATE OF SERVICE [F.R.C.P. §5]

I am a citizen of the United States and a resident of the State of California. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is 633 W. Fifth Street, 63rd Floor, Los Angeles, California 90071.

On June 10, 2025, I served the document(s) described as below in the manner set forth below:

**[PROPOSED] ORDER RE JOINT STIPULATION OF DISMISSAL**

_XX_ (BY ELECTRONIC SERVICE): I caused the listed documents to be electronically filed through the CM/ECF system at the United States District Court for the Central District of California which generates a Notice of Electronic Filing to all parties and constitutes service of the electronically filed documents on all parties for purposes of the Federal Rules of Civil Procedure.

_XX_ (Federal): I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made, and that the foregoing is true and correct under penalty of perjury.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on June 10, 2025 at Los Angeles, California.

                                                           */s/ Denise M. Trotta*
                                                            Denise M. Trotta